United States District Court
For The
District Of Columbia

Alastair Dominic Moton
Soleproprietorship of Drug Blokk
Money Unit Kings - 1033 E
Washington St 46202
Indianapolis Indiana

Vs

Operator tenn, in its
individual capacity and
official capacity as
Operator ten for the
Department of Justice and
the city of Washington D.C.
950 Pennsylvania Ave
N.W. Washington D.C.
20530. 0001- 202-514-2000.

Case: 1:17-cv-00016
Assigned To : Unassigned
Assign. Date : 1/4/2017
Description: Pro Se Gen. Civil (F Deck)

RECEIVED

DEC - 6 2016

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## Complaint

false arrest- falsely charge- falsely accused; false accusations- mental anguish-
pain and suffering- tort or tort actions- emotional distress- harrashment-
slander- libel- private, attractive nuisance- discrimination- rico- negligence

I have been in Indiana since 2009- In 2010 I got my first part-time job at Mcdonalds
on 124 E State St in West Lafayette, In- I moved to west lafayette, In in 2009- I lost
my part-time job at mcdonalds in like 5 or 6 months working their due to bill of
rights violations, civil rights violations, constitutional rights violations- The
manager or store manager at the time her name was stephani- She fired me
for being late like 5 times and I never missed a shift and she knew about my
mom being sick on dialisis- I also reported to the owner at the time named joe
sexual haghrashment, sex discrimination before I got fired- In 2014 this same
resturant location had me sent to jail by officer brandon bonnell for trespasing
and the city, county, state never picked up the charger after I got released from the
tippecannoe county jail for false arrest; false accusations, faislely accused, falsely charge
on 7-16-14 a freedom of speech, illegal search and seizure, cruel and unusual punishment, rico
equal protection of the laws, due process of law, powers should not be delegated violation-

I later called the Mcdonalds corporation or customer service line and reported the false arrest on 7-16-14. 2011 I got another part time job at taco bell on chauncey hill in west lafayette, In Perdue campus- Once again the store manager at the time was named marrlynn- She also knew about my mother being sick- She hired me for 3rd shift and I told her I didn't have transportation to travel- after like 2 months of me working their at this location she started sending me to different locations with no transportation- I had to find different rider to make it to work so I wouldn't lose my job- I lost my job early september 2011 for not making it to a 3rd shift way across town in lafayette, In on teal rd for equal protection of laws, due process of law, cruel and unusual punishment, tort, pain and suffering, emotional distress, rico violations- I then went to this bar called jerrilees in lafatte, In stressed out deppressed due to the second wrongful termination I got drunk and a ex girlfriend of mine got me arrested when I was talking to her and got my jaw broken inside the bar in september 2011- I had my jaw broken or meant to say wired for 8 weeks and then got banned from this bar for like 12 months- I reported harrashment, slander, libel, discrimination, rico, tort, emotional distress, false accusations, negligence to the owner named Carey numerous times on the security at the door at jerrilees- I got banned on and off numerous times by the security at jerilees and I got in a few altercations with people here and even the security over different woman and later got banned in 2014 for life right after I got robbed here for a few hundred dollars equal protection of laws violations, cruel and unusual punishment, to not be discriminated against, due process of law violation- I even made the 2 police resports with the lafayette police dept for the robbery and broken jaw incident- 2012 I eventually moved in my own apartment in Lafayette,In on 1015 main St harry moehler apartments or enterprize apartments landlord harry moehler- I moved in in august 2012 and got evicted in june 2013 for property damanage I never did constructive eviction- I made numerous police reports with the lafayette police dept at this address for property damage, due to residential entry, home invasion, forcible entry, burglery and reported all incidents to the landlord harry moehler and told him I made a police report and still got evicted equal protection of laws, cruel and unusual punishment, due process of law, rico, tort, and more violations and assult and agravated assult at this location address I reported- End of june 2013 early july 2013 I moved into another address 1025 cincinatti st lafayette, In-Once again I made numerous police reports with the lafayette police dept at this address for property damage due to residential entry, robbery or arm robbery, assult and reported every incident to the landlord and told her I made a police report the landlord at this address name is randy switzer I later got evicted in october 2013 constructive eviction for property damage I never did and at eviction court randy switzer told the judge I think judge donae I was a drug dealer false accusations, discrimination, slander, libel, tort, rico, mental anguish, emotional distress, and I aint or not a drug dealer I had a attorney for this case perth freeman who filed a stay motion but got denied-Once again equal protection of laws, freedom of speech, to not be discriminated against, due process of law, cruel and unusual punishment violations-Im a former drug abuser not dealer breach of contract or lease

November 2013 I moved in my 3rd apartment on 1105 north st in lafayette, In landlord B.W. Parks - The apartment was messed up so one of the leasers for B.W. Parks named Kathy only charged me $700 instead of the full 900 - They never came and fixed the tub drain I reported and a few months into the lease Kathy said I was behind in rent so I got evicted in may or early june 2014 for breach of lease or contract due to back rent or late fees <u>equal protection of law</u>, <u>cruel and unusual punishment</u>, <u>due process of law</u>, <u>constructive eviction</u>, <u>rico</u>, <u>tort</u> - june 2014 the village pantry on 14th and salem lafayette, In called the police on me for drug dealing they said the lafayette police came and searched me and found misdemeanor drug charges and took me to jail I bonded out same day <u>false accusation</u>, <u>falsely accused</u> - 7-4-14 I walked in the village pantry on e 9th st lafayette, In and bought some cigars and cup and left like 20-30 min later I was standing on the sidewalk between s 9th st and s 8th st and a lafayette police officer pulled up and walked up to me his name was officer meluch he asked me if I was trying to sell the female cashier at the 9th st location drugs came she reported a drug dealer trying to sell her drugs <u>false accusations</u>, <u>falsely accused</u>, <u>harrashment</u>, <u>discrimination</u>, <u>slander</u>, <u>libel</u>, <u>tort</u>, <u>rico</u> I told officer meluch no he then said well you were trespassing and detained me and searched me and found some misdemeanor drugs and took me to jail for possesion and trespassing I sat in jail for like 4 days and the county released me and dropped the charges <u>false arrest</u>, <u>false accusation</u>, <u>falsely charge</u>, <u>falsely acused</u>, <u>equal protection of laws</u>, <u>freedom of speech</u>, <u>elegal search and seizure</u>, <u>cruel and unusual punishment</u>, <u>due process of law</u>, <u>to not be discriminated against</u> violation - 7-16-14 I got arrested again for trespassing in west lafayette and taken to jail and released and charges dropped <u>false arrest</u>, <u>false accusation</u>, <u>falsely acused</u> <u>falsely charged</u> by brandon bonnell <u>elegal search and seizure</u>, <u>freedom of speech</u>, <u>cruel and unusual punishment</u>, <u>equal protection of law</u>, <u>due process of law</u>, <u>to not be discriminated against</u> - 8-9 or 11-14 I got arrested in Frankfort, In Clinton County for a theft charge by the frankfort police I did 51 days in clinton county jail for the theft charge and they dropped the intimidation and got 9 months of probation then got transferred to tippecannoe county for 30 more days for the june 2014 possesion charge and 16 months of unsupervised probation - november 2014 I got hired at the Burger King at 2175 greenbush st in lafayette, In I only worked here for like 5 or 6 months because of <u>false accusation</u>, <u>sexual harrashment</u>, <u>sex discrimination</u>, <u>slander</u>, <u>libel</u>, <u>pain and suffering</u>, <u>emotional distress</u>, <u>tort</u>, <u>rico</u> - I got hired for only 3rd overnight shift - during my time here I had a meeting with the store manager and overnight manager came I reported harrashment by the overnight manager named nancy the store managers name is kerri and a regional manager named janet was thier at the meeting to I reported to kerri once or twice <u>harrashment</u> by nancy then at or the end of april 2015 I came in thier to buy something to eat on a saturday one of my days off and tammy another manager asked me to come in this night we agreed if I got done doing what I had to do I would come in this night I never came in on my day off and the monday my next schedule day I came in to buy something to eat and kerri fired me for not coming in on this saturday and she said someone said I have been smoking weed in the bathroom overnight <u>false accusation</u> and selling weed on the property <u>false accusations</u> <u>wrongful termination</u> I called the or one of kerris bosses named jim I think and told him what happened and that I asked kerry numerous times to transfer me to another store she wouldn't and that she fired me for not comming in he set up a meeting that friday to get me my job back I asked him to send me to another store

he just wanted to give me my job back at this location and Berry just fired me for not comming in on my day off I never went to the meeting—equal protection of the laws, cruel and unusual punishment, freedom of speech, due process of law, to not be discriminated against, job discrimination - 2-9-15 I walked in the village pantry on 601 union st in Lafayette, In and baught some cigs and cigars and walked out the store- I was standing on the side of the store waiting on the bus to go to work that night at burger king - I was with the guy I was living with at the time - A lafayette police officer rolled pass and came back around like 5-10 min later and pulled up right in front of me and got out the car and said are you or did you try to rob the village pantry or threaten to rob it I said no- The officer name at the time of this incident was officer clark - he said the man cashier inside the store reported a robbery or threatening to rob the store fake accusation, falsely accused- Officer clark ran my name and said you are trespassing he detained me and took me to jail- fake arrest, fake charge, falsely accused, fake accusation, illegal search and seizure, equal protection of the law, freedom of speech, cruel and unusual punishment, to not be discriminated against, due process of law, I bonded out of jail and they dropped the trespassing charge the city, county, state and I missed work that night at burger king due to the fake arrest - 6-9-15 I commited a theft at the krogers on 5173 west washington st in indianapolis. In - The Indianapolis metro police dept-picked me up for a theft with a prior conviction- One of the officers dumped this powder substance in my face a white powder substance that burnt my eyes up while I was sitting on the ground detained in hand cuffs- Officer asher, officer marshall, officer romeril, officer huddleton, detective scott stauffer who added a level 5 robbery, level 6 intimidation, and on 6-11-15 marion county who added a level 6 theft cause of my prior conviction and cause I was still on probation for 8 more days in clinton county prosecutor kelsey lenox and deputy prosecuting attorney terry R. curry both signed off on the level 5 robbery with no weapons, mask, or I didn't take any money just $15.24 cent worth food and their was no threatening- Officer tara asher said she got me on body camera sayin I threatened the two kroger employees who said I threatened them joshua stierwalk and kevin ostertag- I have been in a federal lawsuit since 6-13-16 on the 5 Impd officers and made a public records request on 8-16-16 for the body camera that officer tara asher said she had me on and still no body camera like 12 weeks later and a public records request timeline is 2-4 weeks-7-17-15 I singed a plea deal for the level 5 robbery cause my public defender courtney benson cooley said the prosecutor kelsey lenox wouldn't lower the charge back to a level 6 theft or misdemeanor theft because she said they had me on body camera from 6-9-15 false accusation, falsely accused, falsely charge, fake arrest, emotional distress, mental anguish, private attractive nuisance, slander, libel, tort or tort actions, pain and suffering, rico, discrimination its been over 12 weeks since I made that public records request and no body camera- freedom of speech, self-incrimination, cruel and unusual punishment, equal protection of the laws, due process of law, to not be discriminated against, powers to not be delegated, 7-28-15 I was sentenced to 2½ years in or on community correction 1 year community correction and 1 year probation for the level 5 robbery cause kelsey lenox said she had me on body camera and the deputy prosecuting attorney terry R. curry signed off on the paperwork- Sheila A. Carlyle head judge and judge know the interim judge in marion county superior court criminal division room 3 - I got released from marion county jail on 8-6-15 to community correction and I reported to

community correction my ankle bracelet acting up numerous times in a few days marion county or community correction violated me on 8-12 or 13-15 for letting my ankle bracelet die a couple times I sat in marion county jail 2 CCA until 11-13-15 were I got sentenced to department of corrections for 115 days by judge krow I went to doc on 11-19-15 and got released on 8-7-16 to clinton county franfort, In and did another 60 days for the misdemeanor theft probation violation and got released on 5-7-16 to marion county probation on 5-9-16 when I checked in cause I got released at midnight on 5-7-16 my judge in clinton county was judge hunter My probation officer in clinton county told me I didn't have to report in anymore on 5-24 to 27-15 when I made my last visit her name is Jennifer the head probation officer she didn't tell me I still have to 8-17-15- <u>false accusations</u>, <u>falsely accused</u>, <u>emotional distress</u>, <u>mental anguish</u>, <u>tort or tort actions</u>, <u>rico</u>, <u>freedom of speech</u>, <u>self-incrimination</u>, <u>cruel and unusual punishment</u>, <u>equal protection of the laws</u>, <u>due process of law violation</u> on clinton county and probation office chief of police lafayette police dept Patrick J. Flannery - I left him numerous voicemail about the or some of his officers harrassing me, discriminating against me, violating my civil-bill of-rights-constitutional rights over and over again - chief of police indianapolis metro police dept Joe Rugg - I have made numerous reports about some of the police officers violating my bill, civil, constitutional rights over and over again - I have made 8 victim reports with the lafayette police dept - I have made numerous incidents reports with the Indianapolis metro police dept - 9-20-16 invasion of privacy - 9-30-16 officer tom ⌃ officer Allen leinbacker ⌃ goodin reported me for trespassing - 10-6-16 officer david ellis made me leave the corner of raymond and shelby for no reason and ran my name - 10-15-16 sargent rosenberg kicked me off a speedway property cause a cashier said I stole a refill and he paid for it and I never stole the refill - 10-17-16 another IMPD officer trespassed me on another property that I knew two people who lived their at a apartment building - 11-2-16 officer jabdullah told me to just call the speedway manager about the incident on 10-15-16 and told me to leave again the speedway on south and kentucky ave - 7-28-16 I reported another invasion of privacy at the taco bell on 2035 west washington st I was in the bathroom and they gave the bathroom key away 2 different times while I was on the toilet and 2 different people walked in on me and I called the taco bell customer service line and reported it the same thing happened at or on 9-20-16 with the IMPD officer he unlocked the door and walked in on me 10-15-16 I or someone pulled a gun on me and I called the police and they never came cause all my legal work was stolen and I didn't have a phone so I went to another gas station and called the Department of Justice and spoke to operator ten I asked him to send me to the criminal, civil division like 4-5-6 times and like 4-5-6 calls back to back I asked him to send me to the voicemail that many times and he didn't he kept sending me to the comment line and the last time I called he said he didn't know the extension to the criminal, civil division and I asked him his name and said Im gonna file a claim on you he got mad and said don't threaten me and also said don't call this number back again because I was trying to report a incident to the criminal, civil rights division and because I said I was gonna file a claim on you when Im calling for your help and your not helping me out and I have violations like every other day in my life I also reported to the FBI Identity theft, telemarketing fraud, false representation on my facebook account and called the or one of the facebook customer service lines I found on the internet about my facebook account being hacked over and over again and me getting locked out over and over again false accusation invasion of privacy about my account tort

I have reported numerous hackers on my account from my verizon phone over the years. I had have a facebook account since 8-27-13 - I have got hacked numerous times and got chat room deleted friends deleted passwords changed over and over again - Facebook made me send them my Id a few times to unlock my account and I reported to them my Id stolen a few times over the years I have builded up a lot of clientel marketing my business on social media the only social media account I have and only I have been on since 8-27-13 - I was at a time in 30 different chat rooms marketing my business but they all got deleted cause of hackers and when I called the facebook customer service line like 6-9 weeks ago trying to delete my account they took all my information and then said it would be 99 dollars to delete my account and right after that I called the FBI and reported the incident and the agent said it has been a lot of internet crimes with facebook - equal protection of laws, due process of law, freedom of speech, cruel and unusual tort punishment, self-incrimination, and then the 10-15-16 operator ten department of Justice incident fake accusation, falsely accused, emotional distress, mental anguish, tort or tort action, slander, libel, false representation, rico, negligence, equal protection of laws, due process of law, freedom of speech, cruel and unusual punishment, to not be discriminated against, powers should not be delegated, self incrimination

~~From equation an undetermined amount of money from~~ ~~false adoptions claims, marks I took about~~

I also filed an appeal on the three illegal constructive evictions back in april 2016 - the appeal judge was laura zeman in tippecanoe county superior court room 4 - She determined their wasn't a reason to overturn any of the evictions because I hadn't made a payment on any of the evictions and because she didn't see any reason to overturn any one false accusations, falsely accused, emotional distress, mental anguish, tort constructive eviction, breach of lease or contract or peace, rico, pain and suffering, negligence, private-attractive nuisance, freedom of speech, cruel and unusual punishment, equal protection of the laws, due process of law, powers should not be delegated, self incrimination, false representation - On 8-16-16 I went to I U Methodist hospital on 1701 N senate Indianapolis, In 46202 - I was having a lil drainage and burning and nerve or head nerve shelby and the nerve I talked to in the back hilary D said their wasn't any reason for me to get a shot they didn't see any symptoms and I couldn't have a shot I have came here numerous times for breaking condoms like this day and I have hip healthy Indiana Plan health insurance - fake accusations, falsely accused, breach of contract, mental anguish, emotional distress, rico, pain and suffering, slander or libel, tort or tort action, equal protection of the laws, freedom of speech, false representation, cruel and unusual punishment, due process of law, powers should not be delegated, to not be discriminated against - I told them the two nerves I was going to another hospital and I walked to another hospital a few blocks away called eskenazi hospital and told them the same thing about the lil burning and discharge and I have came here before about broken condoms and they gave me an S+D shot for the normal S+D's not penneulin the other one I forget the name but I looked at the fluid in the needle and it didn't look all the way right it was a lil bit brown, tan, light brown, brownish and orangeish fluid I waited or watched my immune system and like 30 days later I have been having ear infection, lost a lil weight, and been

having a lil drainage and I watch what I do and sleep with not that many and always use condoms for any type of intercourse on top of that I have been getting std shots for years straight numerous of them without breaking condoms or getting any infections building up my immune system for years straight and on top of that their has been this federal hazardous substance going around indiana a white powder substance I experienced it first in 2014 the beginning of april or end of march in lafayette, In - I used to go to this Arab gas station for like 3 years then straight in lafayette, In all the time its on the corner of 9th and ferry and called marathon- the day I experienced this I bought some hand bagged candy called fruities they were selling them 50 of them for one $1 I bought a bag not thinking I would eat 6 of them and break out cheeks swelled up, lips swelled up, face swelled up a lil and I looked at the candy and noticed a white powder lil yellowish powder substance on the candy I waited a lil a few hrs and went to the hospital either that or this day or next day came I wasent feeling good the hospital I went to was called Saint Elizabeth on 14th st in lafayette its a few blocks away from this gas station I have been here numerous times but the day I came here for the federal hazardous substance I told the nerse the first time a arab nerse what happened and she told me to take day quil or night quil it didn't work I came back a day or few days later and spoke to another nerse a white lady I forget her name and I told her what happened and how my face was still puffy a lil and she told me to take zirtex for the symtoms and eventually my face and the swolleness went down and away but as of this day these chemicals are still everywere and I or these chemicals have been hanging around my immune system since 2014 because people are putting them in everything I have to watch were I eat and what I eat and I keep getting these chemicals out of my immune system over and over again not all the way out because I keep having problems civil rights-bill of rights constitutional rights violations in Indiana they weakened me by they come out like sweet them out or other ways and the citizine just dries the bad bacteria up and then eventually it comes out and on top of that I think my immune system or the chemicals might turn into lil spiders as they come out I have watching my immune system for a few years and even harder sence this incident I think these chemicals have some type of radiation in them because when they come out Im pretty sure my immune system gets stronger and on top of that ever since that shot on 8-16-16 my teeth in the back of my mouth have gotten a lil black but Im a smart guy Im pritty sure its just an infection now with all the std shots and chemicals in my blood or immune system so another clean shot and theis you go the infection is gone lol and on-10-15-16 when I called the Department of Justice and spoke to operator ten it was around 6:15 to 6:30 pm

I would like the court to award me an undetermine amount of money from ■,000,000,000 to ■,000,000,000 for all the violation of state government agencies and the violation of the department of justice agency when I was calling to report a violation and the operator never helped me out or directed me to the right department and told me to not call back again or violation of Indiana government or violation of Washington D.C. government and for my mental state depression, bipolar, anxiety I see a clinician, or therapist

20,000,000,000 to 199,000,000,000    10% = 20 bill - 12.5% = 25 bill - 15% = 30 bill

17.5% = 35 bill - 20% = 40 bill

Alantaur Dominic Morton
Soleproprietorship of Drug
Block Money Unit Kingz
1033 E Washington St 46202
Indianapolis Indiana

# COMPLAINT FORM
## (for non-prisoner filers without lawyers)

### IN THE UNITED STATES DISTRICT COURT
FOR THE _Northern_ DISTRICT OF _Indiana_

(Full name of plaintiff(s))

Alastair Dominic Moton
Sole proprietorship of Drug BloKK Money
Unit Kings

vs

Case Number:

(Full name of defendant(s))
Village Pantry in its individual capacity and
official capacity as village pantry & corperate
and Tippecannoe County and State of Indiana
Louis B. trust, in its individual capacity and
official capacity as owner of village pantry
and city of Lafayette, tippecannoe county

(to be supplied by clerk of court)

*not filed yet*

*3 fake arrest for trespaning and no trespaning on my record and went to jail on all three fake arrest*

## A.   PARTIES

1.    Plaintiff is a citizen of _Illinois - Indiana_ and resides at
_1033 E Washington St 46202_ .
(State)

(Address)

(If more than one plaintiff is filing, use another piece of paper).

Village pantry corperate - Louis B trust
2.    Defendant _city of Lafayette, tippecannoe county, state of Indiana_
(Name)

Complaint – 1

# COMPLAINT FORM
### (for non-prisoner filers without lawyers)

## IN THE UNITED STATES DISTRICT COURT
FOR THE <u>Southern</u> DISTRICT OF <u>Indiana</u>

(Full name of plaintiff(s))
Alastair Dominic Moton
Sole proprietorship of Drug Blokk Money
Unit Kings

vs

Case Number:

(Full name of defendant(s))
Allen Leinberder, in his individual capacity
and official capacity as police officer of the

*not filed yet*

Indianapolis Metro Police Dept and city of
Indianapolis and State of Indiana - Speedway
gas station, In Its Individual capacity and
~~corporation~~ Official capacity as Speedway Corporation
and city of Indianapolis and State of Indiana

(to be supplied by clerk of court)

*Invasion of privacy*

*I was sitting on toilet and officer punched three times and I told him I was in their own toilet*

### A. PARTIES

1. Plaintiff is a citizen of <u>Indiana - Illinois</u> and resides at
   <u>1033 E Washington St 46202</u>
   (State)

   _____
   (Address)

   (If more than one plaintiff is filing, use another piece of paper).
   Officer Allen Leinberder - Speedway Corporation

2. Defendant <u>city of Indianapolis - State of Indiana</u>
   (Name)

Complaint – 1

# COMPLAINT FORM
## (for non-prisoner filers without lawyers)

### IN THE UNITED STATES DISTRICT COURT
FOR THE _Northern_ DISTRICT OF _Indiana_

---

(Full name of plaintiff(s))

Alastair Dominic Moton
Sole proprietorship of Drug BloKK Money
Unit Kings

---

vs

(Full name of defendant(s))
Officer meluch - officer clark, in his individual
capacity and in his official capacity as police
officer of Lafayette Police Dept and the city
of Lafayette and state of Indiana - convience
Store in their individual capacity and in their
official capacity as Village pantry and city
of Lafayette and state of Indiana - Patrick J
Flannelly, IN his individual capacity and in his
official capacity as chief of police lafayette police
Dept and city of Lafayette and state of Indiana

Case Number:

---

(to be supplied by clerk of court)

---

_not filed
yet forgot
officer
name first
line so
I had to
refile
2 false arrest
for trespassing
and went to
jail on both
incidents and
did a few days
in jail and
they dropped
the charges when
I was released_

## A. PARTIES

1. Plaintiff is a citizen of _Illinois-Indiana_ and resides at
   _1033 E Washington St 46202_
   (State)

   _____
   (Address)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant _officer meluch - officer clark - city of Lafayette_
   _Village pantry - state of Indiana_
   (Name)

Complaint - 1

is (if a person or private corporation) a citizen of <u>Indiana</u> _____

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)
<u>Lafayette Police Dept - 20 N 6th St #3 Lafayette IN 47901</u>

worked for <u>Village Pantry 5 9th St Lafayette IN 47901</u>
<u>601 Union St Lafayette IN 47904</u>

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

emotional distress, private - attractive nuisance, mental anguish, tort or tort actions, harrassment, slander, libel, discrimination, false arrest, falsely accused, false accusations, falsely charge, pain and suffering

1) the lafayette police dept or 2 police officers that was working on the force at the time falsely accused me, falsely charge me, falsely arrested me, or made false accusations. The two officers names were officer meluch and officer clark. Village Pantry or 2 workers 1 at each location falsely accused, made false accusations about me. 2) On 7-4-14 I walked in the village pantry on S 9th St and bought some cig and cigars and left. I had came her numerous times over the 5 years living out here. I or when I left I was standing on the side walk between S 8th St and S 9th St. Then like 20 min after I left the Village Pantry a lafayette police officer pulled up on me. 3) The officer who walked up to me and questioned, asked, made false accusations, or falsely accused me, or falsely charged or falsely arrested me was officer meluch. He asked me if I was or trying to sell the cashier a female at the time at the S 9th St location marijuana or drugs. I told him no he then said I know you were and then said ~~were~~ you were trespassing false accusations. Officer meluch then said well the female cashier said were or I was trying to sell her drugs false accusations he then grabbed my arm and detained me. 4) Officer meluch then illegal searched and seizure me and found some misdemeanor drugs. He then put me in the back of his car. 5) I also told officer meluch numerous times before he arrested me and after he arrested me Im not a drug dealer. I also told him numerous times I wasn't trying to sell her drugs and that I wasn't trespassing freedom of speech violation. Officer meluch took away my equal protection of laws by false accusing me of crimes I never did. 7) The harrassment, discrimination, slander, libel, tort or action, emotional distress, mental anguish, rico

Complaint – 2

from this incident caused a lot of pain and suffering. Officer meluch taking me to jail and the state, county, city dropping the charges on me after I was released is cruel and unusual punishment. 8) This is also a due process of law violation cause no charges were picked up. On 2-9-15 I walked inside the village pantry on (901) Union St and bought some cigs and cigars. I then left and stood on the side Of the building with the person I was living with at the time. I was waiting on the bus to go to work were I was working part time at burger king at 2175 greenbush st. 5 to 10 mins later a lafayette police officer rolled pass and then came back around. 9) The lafayette police officer at the time then pulled in right in front off me. The officers name was officer clark at the time of this incident. He got out of his car and said to me was I trying or am I trying to rob the Village Pantry. false accusation, falsely accused me of trying to rob the Village Pantry to run my name. 10) Officer Clark then ran my name and said I was trespassing and I told him numerous times before and after he ran my name I wasn't trespassing or trying to rob the village pantry a freedom of speech violation. He then said well Im take you to jail for trespassing. 11) Officer clark then said well the cashier a the time of this incident a man said I threatened to rob the village pantry false accusation and then he detained me. Officer Clark then elegal search and seizure me and put me in the back seat of his car. I was on probation at the time of this incident. I had to bond out of jail for the false arrest, false charge, falsely accused, incident. 12) Officer Clark took away my equal protection of law by taking me to jail for a trespassing charge and the county, state, city never picking up the charge. I also told him I was on my way to work. 13) My due process of rights were violated by paying bond money to get out of jail. They also were violated by me missing work that night cause I went to jail. 14) Once again cruel and unusual punishment. I wasn't trespassing or trying to rob the Village Pantry. I think there two officers violated my rights for a conviction 15) Patrick J. Flannery I asked two speak to a few times or numerous times about my harrashment, discrimination of some of the law enforcement officers. I never got to speak to him one time. I even left him a voicemail once or twice. I have no trespassing at all on my record in tippecannoe county or the state of Indiana. 16) I also have made 8 victim reports with the lafayette police department like armrobbery, residential entry, home invasion, property damage, robbery, assult. I also have another falsely accused, false arrest trespassing charge in tippecannoe county, state of Indiana west-lafayette on 7-16-14 and I also have another false arrest, falsely accused, falsely charge, incident in the state of Indiana marion county Indianapolis on 6-9-15 that im still waiting on my federal judge to dismiss the case and numerous incidents with the IMPD and a few of them giving me as well making me leave places and cant come back or trespass I have made numerous incident reports with the IMPD

C.     JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☒ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I would like the court to award me ~~$5,400,000,000~~ an undetermine amount of Money from 900,000,000 to 5,400,000,000 for all the emotional distress and mental anguish the city and state caused me and false arrest, falsely charge, false accusations, falsely accused, harrashment, slander, libel, discrimination, pain and suffering, private attractive nuisance, tort, rico

E.    JURY DEMAND

☐    Jury Demand - I want a jury to hear my case
                    OR
☒    Court Trial – I want a judge to hear my case


Dated this ___14___ day of _Novembev_ _____20_16_ .

                    Respectfully Submitted,

                    *Glantavis Dominic Pratan*

                    _____
                    Signature of Plaintiff


                    _____
                    Plaintiff's Telephone Number


                    _____
                    Plaintiff's Email Address

                    _1033 E Washington St 46202_____

                    _____
                    (Mailing Address of Plaintiff)

                    (If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

# COMPLAINT FORM
### (for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE <u>Northern</u> DISTRICT OF <u>Indiana</u>

---

(Full name of plaintiff(s))

<u>business man Soleproprietorship of</u>
<u>agent-Independent artist</u>
<u>Drug BloKK Money Unit Kings</u>
<u>Alastair Dominic Moton</u>

vs

(Full name of defendant(s))

<u>Brandon Bonnell, in his individual capacity</u>
<u>and in his official capacity as police officer</u>
<u>of West-Lafayette Police Dept and the</u>
<u>City of West-Lafayette—fast food resturant,</u>
<u>in their individual capacity and in their</u>
<u>official capacity as Mcdonalds·corporation</u>
<u>and the city of west Lafayette-columbus,oh</u>

Case Number:

_____

(to be supplied by clerk of court)

---

## A. PARTIES

1. Plaintiff is a citizen of <u>Illinois-Indiana</u> and resides at
(State)

<u>1033 E Washington St 46202</u>
(Address)

*not filed yet had to refile becuse I forgot the officer name*

(If more than one plaintiff is filing, use another piece of paper).
<u>McDonalds corporation-city of West Lafayette-columbus,oh</u>

2. Defendant <u>Brandon Bonnell- city of West Lafayette-WL Police Dept</u>
(Name)

RECEIVED
Mail Room

5 2016

is (if a person or private corporation) a citizen of <u>Indiana</u>

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)
Mcdonalds corporation-124 E State St West-Lafayette IN-PO Box 182571 Columbus,Oh

worked for <u>West-Lafayette Police Dept 711 W Navajo St West Lafayette, IN 47906</u>

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights; X X
2.    What each defendant did; X X
3.    When they did it; X X
4.    Where it happened; and X X
5.    Why they did it, if you know. X X

Rico- mental anguish - emotional distress -pain and suffering- libel -slander- defamation harrassment- private- attractive nuisance - false arrest. falsely charge- falsely accused- tort or tort actions - invasion of privacy - wrongful termination

1) On 7-23-14 I left the mcdonalds on the corner of state st and correct address 124 E State St in West Lafayette Indiana 2) On 7-18-14 Brandon Bonnell of the west lafayette police Dept falsely arrested me- falsely accused me- falsely charge me for a trespassing on the 124 E State St mcdonalds 2) On 7-18-14 a female worker of the mcdonalds corporation at the 124 E State st location called the west lafayette police dept and said I was trespassing at this location thats what officer brandon bonnell said when he falsely arrested me- falsely accused me- falsely charged me 3) When officer Brandon Bonnell of the West lafayette Police Dept arrested me on this date he said I was or couldn't be on this property ever again 4) I told brandon Bonnell I never did anything wrong and he said the ticket I had got a week or two prior to this incident stated I was banned for life 5) This was my second falsely charge - falsely accused - falsely arrest at the time the first was 7-4-14 by an lafayette police officer 6) I asked officer Brandon Bonnell to or if I could or if he could just let me go and I would never go back their again he said no 7) Officer Brandon Bonnell took me to the Tippecanoe County jail for trespassing at a resturant I used to work at back in 2010 8) I sat in jail for like 6 hrs and they just released me with no court date or without seing the judge or the city, county, state never picked up the charges 9) Officer Brandon Bonnell violated my illegal search and seizure rights cause he searched me and took me to jail 10) Brandon Bonnell violated my equal protection of laws rights by taking me to jail 11) Officer violated my due process of law rights by taking me to jail and my cruel and unusual punishment rights by taking me to jail at a former resturant I used to work at 12) Officer Brandon Bonnell also said I was trespassing because I was harrassing female workers a violation of my to not be discriminated against rights they are civil - constitutional rights violations

Complaint -2

13) I think officer Brandon Bonnell violated my rights for a conviction or for me to go to jail 14) Mcdonalds corporation the 124 E State St address in west lafayette Indiana and columbus, ohio were the corporation address is 15) I worked at their address in 2010 for about 6 months the 124 E State address and had a few problems with the mangement at this time while I was working here 16) I had reported to the owner at the time named joe sexual harrasment, job discrimination, on one of the managers named stephanie I think was the store manager at the time 17) Im a independent artist with my own company in my name soleproprietorship of my company named Drug Block Money Unit Kingz 18) I got wrongful terminated in 2010 for being late to work at this like 4 times and every time I was late I called the store or stephanie and told her I was running late and I lived about 1 mile from the store and had to walk most of the time and worked different hrs and shifts 19) I dont ever recall missing a shift at this location the 5-6 months I worked here 20) On 7-??-14 I was arrested by or for a female worker falsely accusing me of trespassing when I just walked in the resturant and used the bathroom and she called the police on me why I dont know Im an independent artist businessman 21) a week or two prior to this incident the same female worker called the police on me again and made a fake or deciet police report on me with the lafayette police or I went west lafayette police dept sayin I was harrasing her and the west lafayette police dept gave me a ticket for trespassing for the night I thought thats what the officer said 22) I went to jail on the 7-??-14 date cause of a female worker or a female worker of the mcdonalds corporation and I made a couple phone calls to the mcdonalds corporation or customer service line reporting, harrasment and falsely accused, falsely charge, false arrest charges 23) cause of these charges or accusations I got my rights violated by officer Bonnell of the west-lafayette police dept like illegal search and seizure-due process of law- to not be discriminated against 24) The Mcdonalds corporation or the 124 E State address violated my equal protection of laws rights 25) The mcdonalds corporation or 124 E state address violated my cruel and unusual punishment rights cause of the false arrest 26) The mcdonalds corporation or 124 E State address violated my due process of law rights and freedom of speech rights 27) They also violated my illegal search and seizure rights and self incrimination rights 28) I also got a falsely accused, falsely charge, false arrest incident on 12-4-14 - 2-??-14 - 6-9-15 and two of these dates are in lafayette Indiana Typpecannoe county the other one is Indianapolis Indiana marion county well I have a settlement date 12-15-16 on the 6-4-15 date incident

C.   JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☒ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

## D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I would like the court to award me Alastair Dominic Moton or my business Drug Block Money Unit Kings An undetermine amount of money from ~~Money~~ for the false arrest, falsely accused, falsely charge, emotional distress and the other merrits claims allegations

$600,000,000 to 2,500,000,000

## E. JURY DEMAND

☐ Jury Demand - I want a jury to hear my case

OR

☒ Court Trial – I want a judge to hear my case

Dated this _28_ day of _October_ 20 _16_ .

Respectfully Submitted,

Agent bussiness man

_Alastair Dominic Moton_

Signature of Plaintiff

_____

Plaintiff's Telephone Number

_____

Plaintiff's Email Address

_1033 E Washington St 46202_

_____

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

# COMPLAINT FORM

(for non-prisoner filers without lawyers)

FILED
NOV 14 2016
U.S. ...
IND...

## IN THE UNITED STATES DISTRICT COURT
FOR THE _Northern_ DISTRICT OF _Indiana_

(Full name of plaintiff(s))

businessman soleproprietorship of
Drug Blokk Money Unit Kings
Alastair Dominic Moton

vs

Case Number: 16-cv-02603-JMS-DML

(to be supplied by clerk of court)

(Full name of defendant(s)) Krogers
~~Krogers Corporation~~ grocery store, in its
individual capacity and official capacity as
Krogers corporation and the city of indianapolis
Joshua Stierwalt, Kevin Ostertag
Kelsey Lenox, in her individual capacity
and official capacity as marion county
superior court criminal division room 3
prosecutor and marion county

## A.   PARTIES

1.   Plaintiff is a citizen of _Illinois - Indiana_ and resides at
(State)

1033 E Washington St

(Address)

(If more than one plaintiff is filing, use another piece of paper).

2.   Defendant Krogers Corporation - Joshua Stierwalt - Kevin Ostertag
Kelsey Lenox - marion county - city of (Name)
Indianapolis

REC...
Mail Room

DEC   6 2016

Complaint – 1

is (if a person or private corporation) a citizen of __Indiana__

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Krogers Corporation 5173 West Washington St Indianapolis, IN__
__Marion County Prosecutor Office-251 E Ohio St #160 Indianapolis Indiana__

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights; X
2.    What each defendant did;
3.    When they did it; X
4.    Where it happened; and
5.    Why they did it, if you know.

·mental anguish - private, attractive nuisance - tort, tort actions - emotional distress - rico - libel - slander - defamation - harassment - discrimination - pain and suffering - false arrest - falsely charge - falsely accused - false accusations

1) On 6-9-15 2 workers of the Krogers Corporation named Joshua Stierwalt and Kevin Ostertag violated my civil - bill - constitutional rights - On 6-11-15 or 7-17-15 or 7-28-15 a prosecutor for the marion county prosecutor office named Kelsey Lenox violated my civil - bill - constitutional rights 2) On 6-9-15 after midnight I came to the 5173 west washington st Krogers in indianapolis, In because I was hungry 3) I had just lost my job and everything again due to some more civil - bill - constitutional rights violations in lafayette - west lafayette indiana tippecannoe county 4) I havent ate in like 16-24 hrs and I have mental anguish and emotional distress problems and have to see my or a mental therapist on 11-21-16 5) I committed a or either a Level 6 theft because I have a prior misdemeanor theft conviction or a conversion or shoplifting charge on 6-9-15 6) the items I took were a can of pringles, gatorade, gummies, deli sandwich and kool king cigarettes that I just reached with my arm and grabbed a pack with no one at the register or cigerette area that came out to a total of 15.24 cents with no mask no threatening no robbing and their was only like 3 or 4 workers at the time and no weapons 7) I then tried to leave but got in a verbal altercation with Joshua Stierwalt at this time an employee at the 5173 west washington st location 8) Joshua Stierwalt threatened to detain me or make a citizen arrest and I told him I havent ate in hrs just call the police on me dont touch me because I havent ate in hrs I dont want to fight you for grabbing me 9) I then said again it aint your job to detain me If I want to go to jail that would be my choice not yours

Complaint – 2

10) I even ask the security guard he said he was at the time of this incident kevin ortertag If he could buy me something to eat and I would pay him back before I grabbed the items he offered me his food at the time
11) I told them I was self employed and been going through a lot of civil-bill constitutional rights violations I was broke right now 12) I then left with the Items with no robbing, threatening, no mask or weapons and got stopped right next door in the back of the burger king parking lot 13) I got stopped by 5 IMPD police officers named S. Stauffer 21235 IMPD-t. asher 32351 IMPD-T. Huddleston H7855 IMPD-S. Romeril R5733 IMPD-V. Marshall 30790 IMPD 14) I also didn't have on a tan shirt or grey pants at the time thats in my report or affidavit for probable cause 15) I told officer T. Huddleston I left with the items cause an employee had threatened me 16) Officer S. Romeril took the Items back and spoke with joshua stierwalt and he told officer S. Romeril I said do you want to fuck around and lose your life thats what Officer S. Stauffer affirms joshua said 17) false accusation, falsely accused claim words equal a violation of freedom of speech- bill of rights 18) V. Marshall told officer t. Asher I had threatened the employee as I was leaving another violation of freedom of speech, self incrimination bill of rights civil- constitution rights 19) T. Asher said she was wearing a body camera and was able to record me stating I had threatened the employee thats what S. Stauffer affirms on 6-9-15 a violation of self incrimination- equal protection of laws- cruel and unusual punishment- due process of law- not to be discriminated against and I filed a claim on the 5 officers on this probable cause and still been waiting on the body camera since 8-16-16 on case number 00349-SEB with a settlement date on 12-15-16 20) I think the employee made false accusations so the IMPD could falsely charge, falsely arrest me for a robbery, intimidation and later charge me in court with a robbery Level 5 21) I did 93 extra days in prison and have 6 extra months of probation left for the false arrest, false charge, falsely accused incident this is the 4th one in indiana 7-4-14-7-23-14 2-15-15-6-9-15 22) On 6-11-15-7-17-15 - 7-28-15 a prosecutor for the marion county prosecutor office named kelsey lenox falsely charge, falsely accused, me of a level 5 robbery 23) My public defender at the time Courtney Benson Cooley said kelsey wouldn't through out the robbery caused she said she had me on body camera and seen me on body camera admitting to me threatening the kroger employee 24) My public defender also said kelsey said I would have to take it to trial if I wanted the robbery thrown out but their was 2 witness that wrote statements on me joshua stierwalt and kevin ortertag employees at this time at this kroger location 25) I have been waiting on the body camera in a federal case on the 5 IMPD officers on the affidavit for probable cause on the 6-9-15 case since 8-16-16 with a settlement date on 12-15-16 that is only 2-4 weeks to come up with the camera way past due 26) Kelsey Lenox violated my freedom of speech rights- equal protection of laws rights- cruel and unusual punishment rights- due process of law rights- self incrimination rights- power to not be delegated rights- to not be discriminated against rights are civil- bill- constitution violation

C. JURISDICTION which caused me to do 93 extra days in prison 6 months extra probation

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☒ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I would like the court to award me an undertermine amount of money from 500,000,000 to 2,500,000,000 for the false charge, false arrest, falsely accused, false accusations and the rico, emotional distress this incident caused me with the xtra prison time and probation time

E.    JURY DEMAND

☐    Jury Demand - I want a jury to hear my case
                    OR
☒    Court Trial – I want a judge to hear my case


Dated this ___1___ day of __november__ 20 16 .

Respectfully Submitted,

business man

*Glantaur Dominic Moten*

Signature of Plaintiff

_____

Plaintiff's Telephone Number

_____

Plaintiff's Email Address

1033 E Washington St 46202
_____

_____

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒    I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐    I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

# COMPLAINT FORM
## (for non-prisoner filers without lawyers)

IN The United States pistrict Court

FOR THE Southern DISTRICT OF Indiana

FILED
MAY 2016
U.S. ...
INDI... ...

(Full name of plaintiff(s))

Alastair Dominic Moton

Sole proprietorship of Drug Blokk Money
businessman Unit Kings

**1 16-cv-3104 JMS -MJD**

vs

Case Number:

(Full name of defendant(s))

Joe Riggr, in his individual capacity
and in his official capacity as chief
of police and the city of Indianapolis,
Terry R. Curry, in his individual capacity
and in his official capacity as ??? marion
county deputy prosecuting attorney and
marion county

(to be supplied by clerk of court)

---

A. PARTIES

1. Plaintiff is a citizen of Illinois-Indiana and resides at
   (State)

   520 E Market St

   (Address)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant Joe Riggr, city of Indianapolis, Terry R. Curry, marion
   county (Name)

... Room ...

Complaint – 1    5 2016

is (if a person or private corporation) a citizen of _Indiana_____

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)
_Indianapolis Metro Police Dept - 200 E Washington St - E100- Indianapolis Indiana_

worked for _Marion County Prosecutor office - 251 E Ohio St #160- Indianapolis Indiana_

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.     STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.     Who violated your rights; XX
2.     What each defendant did; X X
3.     When they did it; XX
4.     Where it happened; and XX
5.     Why they did it, if you know. XX

rico - mental anguish - harrashment - slander - defamation - invasion of privacy - tort or tort action - private attractive nuisance - false arrest - falsely accused - falsely charge pain and suffering emotional distress

1) On 6-9-15 officers of the Indianapolis Metro Police Dept named S. stauffer - t. asher, T. Huddleston - S. Romerit - V. marshall violated my civil, constitutional rights 2) On 6-11-15 a worker of the marion county prosecutor office named terry r. curry violated my civil, constitutional rights 3) At the 5173 west washington krogers I committed a theft - conversion - shoplifting charge I only took 15.24 cents worth merchandise with no weapon, no mark, no threatening 4) It says on my paperwork that the IMPD or these 5 officers of the law picked me up for a misdemeanor theft with a prior conviction out of clinton county and added a robbery - intimidation - and added a level 6 theft two days later 5) false arrest, falsely charge, falsely accused on 6-9-15 I never robbed the kroger or threatened the two employees in my paperwork nor intimidated them either 6) This incident is the 4th false arrest, falsely charge, falsely accused incident to me in Indiana the other dates are 7-4-14. 7-8-14. 2-10-15 these 3 are out of Tippecannoe County lafayette - west lafayette 7) I also got 8 victim reports in Tippecannoe County lafayette Indiana 8) My freedom of speech was violated on 6-9-15 because I told officer marshall and officer huddlerton I never threatened the kroger workers 9) My self incrimination right was violated on 6-9-15 by officer asher she said she got me on body camera stating I threatened the kroger employees 10) My equal protection of the laws - due process of law - cruel and unusual punishment - to not be discriminated against civil - constitutional right was violated on 6-9-15 and this was either a level 6 theft cause prior conviction or conversion, shoplifting on 6-9-15 11) I think the IMPD officers violated my rights for a robbery conviction and thats what I got

Complaint - 2

12) On 6-9-15 I committed a misdemeanor theft with a prior conviction and it says on my paperwork the IMPD picked me up for a prior conviction of misdemeanor theft 13) the IMPD officer also added a Level 5 robbery, Level 6 intimidation to my paperwork on 6-9-15 14) On 6-11-15 the deputy prosecuting attorney for Marion County signed off on my paperwork for a robbery, intimidation, level 6 theft and a misdemeanor theft 15) It also says on my paperwork S. Stauffer- t. Asher 32351 IMPD T. Huddleston H9855 IMPD- S. Romeril R5933 IMPD-V. Marshall 30990 IMPD were state witnesses along with Joshua Stierwalt and Kevin Ostertag the two worker at the 5173 W Washington St Krogers 16) My public defender on the 6-9-15 was courtney benson cooley for the case and she even told me my charges were only a misdemeanor theft and she said they were supposed to drop the charges back to misdemeanor or level 6 theft 17) The deputy prosecutor attorney of marion county overcharge me or falsely accused, falsely charge, falsely arrest for charges I never did 18) On 7-17-15 I had to plead guilty to a level 5 robbery cause courtney benson cooley said the state, county, prosecutor wouldn't lower the or drop the charges or I could take it to trial 19) Courtney said they had me on body camera stating I threatened the workers at the kroger joshua Stierwalt and kevin ostertag that I have been waiting for in federal court for over 10 weeks now the body camera that an IMPD sergant said it would take 2-4 weeks to come up with 20) Marion county or the deputy prosecuting attorney terry R. curry violated my freedom of speech rights - my self incrimination rights, my cruel and unusual punishment rights - due process of law rights - my equal protection of the law rights - my to not be discriminated against rights - civil - constitutional rights 21) I also still have been having incidents with the Indianapolis Metro Police Dept 22) I have made numerous police reports or incident reports on the or workers of the Indianapolis Metro Police Dept while Im still on probation for the falsely charge robbery 23) The dates of the incident reports on the IMPD officers are 9-20-16 invasion of privacy- officer allen feinberder-9-30-16 officer tom goodin trespassed me-10-6-16 officer david ellis forced me to leave the raymond shelby area for sleeping on the public bench and threatened to take me to jail for pan handling 10-15-16 officer or sargent rosenberg kicked me off the speedway property on south and kentucky ave cause a female cashier called the police and said I stole a refill and he paid for the refill around 1:30 am to 2:00 am 10-17-16 once again I got trespassed by a few IMPD officers on two guys property I knew from labor finders for just sitting on their porch 24) I also did 93 extra days on community correction and have 6 extra months of probation when I should be off on or around 11-9-16 Im a soleproprietorship of my company business

C.     JURISDICTION

[X] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[X] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I would like the court to award me or my business Drug Block Money Unit Thingy-independent artist-tax Id owner ~~xxxxxxxxxxxxxxxxxxxxxxxx~~ for the civil rights violations constitutional law violations state law violations

500,000,000+0 ~~xxxxxxxxxx~~
3,000,000,000

E. JURY DEMAND

    ☒    Jury Demand - I want a jury to hear my case

                    OR

    ☐    Court Trial – I want a judge to hear my case

Dated this _21_ day of _October_ 20_14_ .

> Respectfully Submitted,
> business man ~~solomon~~ Sole proprietorship
> Clarkeus Dominic Melton
> _____
> Signature of Plaintiff
>
> _____
> Plaintiff's Telephone Number
>
> _____
> Plaintiff's Email Address
>
> 1033 E Washington St 46202
> _____
>
> _____
> (Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

    ☒    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

    ☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

**FILED**

MAY 1 4 2016

U.S. CLERK'S
INDIANAPOLIS

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
_Indianapolis_____ **DIVISION**

Sole proprietorship of Drug
Blokk Money Unit Kings-agent
Alastair Dominic Moton
_____/

_____/

_____/

                    **Plaintiff(s),**          Cause No. 1:16-CV-3104-JMS-MJD

vs. Joe Riggs, In his individual capacity
and in his official capacity as chief
of police and city of Indianapolis
Terry R. Curry, in his individual
capacity and in his official capacity
as marion county deputy prosecuting
attorney and marion county
_____/

                    **Defendant(s).**

_____

**MOTION FOR** Sua Sponte dismissal for 600,000,000

_____

I, Alastair Dominic Moton _____, plaintiff/defendant **(circle one)** in the

above-captioned matter, request:

☐    an extension of time to file a _____

_____.

I request _____ extra days.



RECEIVED
Mail Room

DEC    6 2

D. Caesar, Clerk of Court
District of Columbia

I have had numerous false arrest, falsely accused, falsely charge, false accusations incidents in Indiana 3 in Tippecannoe county and 1 in marion county the one in marion county is the 4th one the dates are 7-4-14 7-23-14-2-15-15-6-9-15 the IMPD picked me up for a

☑ other (describe): misdemeanor theft with a prior conviction on 6-9-15 they then added a Level 6 folony - Level 5 robbery - Level 6 intimidation they then dropped all the charges but the Level 5 robbery cause of the two kroger witnesses and cause officer tara asher said she got me on body camera recording sayin I threatened the two kroger witness or workers I requested the body camera on 8-16-16 cause of my ongoing case on the 5 IMPD officers from the 6-9-15 case that Im contexting its a Level 6 felony theft cause of my prior conviction for theft and not a Level 5 robbery amd cause I have been waiting on the body camera recording for over 12 weeks in cv-00349-SEB case and just filed a dismissal motion in that federal case that the two kroger workers said

I threatened them for the 15.24 cents with no weapons, mask, or took any money I did 93 extra days in prison and have 6 months extra probation left for the Level 6 theft charge that it is not a robbery

Date: 11-10-16                              Signed: Alantair Dominic Moton

and I have all my material facts to prove its a level 6 folony theft and I still been having incidents with the IMPD or officers on the IMPD 9-30-16 officer goodwin tresspassed me at a subway for no reason 9-20-16 officer allen lienberg or walded in the bathroom on me while I was sitting on the toilet 10-6-16 officer David ellis made me leave the corner of raymond and shelby or I was going to jail for passing out on the public bench 10-15-16 I baught a fountain drink at the speedway on the corner of Kentucky ave and south st sargent rosenberg trust passed me for a stolen refill he said a black

**Movant**

**Address and Telephone Number:**
1033 E Washington St 46202

**CERTIFICATE OF SERVICE**

I certify that a copy of this Motion for _____

has been mailed, postage prepaid, upon (insert address in space provided):

female cashier said I stole one and he paid for the refill which I didn't steal one 10-17-16 I was at a friend apartment building and got tresspassed for sitting on the porched for smoking cigerrattes

Date:_____              Signed:_____

**Movant**

**NOTE: You must complete this section, as well as mail copies of this document to each party.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
Indianapolis _____ DIVISION

Alastair Dominic Moton

Sole proprietorship of Drug Blokk
Money Unit Kings _____ ,

_____ ,

Plaintiff(s),

Cause No. 1:16-CV-3104-JMS-MJD

vs. Joe Riggs, In his individual capacity
and in his official capacity as chief
of police and city of Indianapolis
Terry R. Curry, in his individual
Capacity and in his official capacity
as marion county deputy prosecuting
attourney and marion county _____ ,

_____ ,

Defendant(s).

---

## MOTION FOR Summary Judgement of 600,000,000

---

I, Alastair Dominic Moton _____ , plaintiff/defendant **(circle one)** in the

above-captioned matter, request:

☐    an extension of time to file a _____

_____ .

I request _____ extra days.

I have had numerous false arrest, falsely accused, falsely charge, false accusations incidents in Indiana 3 in Tippecannoe county and 1 in marion county the one in marion county is the 4th one the dates are 7-4-14 7-23-14- 2-15-15- 6-9-15 the IMPD picked me up for a

☒ other (describe): misdemeanor theft with a prior conviction on 6-9-15 they then added a Level 6 folony - Level 5 robbery - Level 6 intimidation they then dropped all the charges but the Level 5 robbery cause of the two kroger witnesses and cause officer tara asher said she got me on body camera recording sayin I threatened the two kroger witness or workers I requested the body camera on 8-16-16 cause of my ongoing case on the 5 IMPD officers from the 6-9-15 case that I'm contexting its a Level 6 felony theft cause of my prior conviction for theft and not a Level 5 robbery and cause I have been waiting on the body camera recording for over 12 weeks in CV-00399.SEB case and just filed a dissmissal motion in that federal case that the two kroger workers said I threatened them for the 15.24 cents with no weapons, mask, or took any money I did 93 extra days in prison and have 6 months extra probation left for the Level 6 theft charge that it is not a robbery

Date: 11-10-16                    Signed: Alantair Dominic Moten

and I have all my material facts
to prove its a level 6 folony theft and                    Movant
I still been having incidents with the
IMPD or officers on the IMPD 9-30-16                    Address and Telephone Number:
officer goodmin trespassed me at a subway                    1033 E Washington St 46202
for no reason 9-20-16 officer allen lienberd or
walded in the bathroom on me while I was
sitting on the toilet 10-6-16 officer David ellis
made me leave the corner of raymond and
shelby or I was going to jail for passing out
on the public bench 10-15-16 I bought a fountain
drink at the speedway on the corner of Kentucky ave
and south st sargent rosenberg                    **CERTIFICATE OF SERVICE**
trust passed me for a stolen refill he said a black
            I certify that a copy of this Motion for _____
    has been mailed, postage prepaid, upon (insert address in space provided):
female cashier said I stole one and he
paid for the refill which I didn't steal one
10-17-16 I was at a friend apartment
building and got tresspassed for sitting
on the porch ed for smoking cigerrattes

Date:_____                    Signed:_____

                    Movant

**NOTE: You must complete this section, as well as mail copies of this document to each party.**

STATE OF INDIANA )     IN THE MARION COUNTY SUPERIOR COURT
)     CRIMINAL DIVISION ROOM 3
COUNTY OF MARION **FILED**

STATE OF INDIANA )
)   **JUL 17 2015**
v. )
)     CAUSE NO. 49G03-1506-F5-020219
ALASTAIR MOTON

CLERK OF THE MARION CIRCUIT COURT

## PLEA AGREEMENT

The Defendant, in person and by counsel, and the State of Indiana, hereby enters into this plea agreement made pursuant to negotiations. The parties agree as follows:

1. This agreement, signed by the Defendant, Defense Counsel, and the Deputy Prosecuting Attorney assigned to the above case, shall be introduced into evidence by stipulation of all the parties at the time of the guilty plea.

2. Defendant enters into this agreement knowing that the Court has the authority to accept or reject the agreement and understands that the Court may take the Defendant's criminal record into consideration in determining whether to accept or reject this plea agreement.

3. The Defendant agrees to plead guilty to **ROBBERY**, a Level 5 Felony, charged in Count I of the information in cause number 49G03-1506-F5-020219.

4. At the time of sentencing, the State will dismiss Count II and III of the information in cause number 49G03-1506-F5-020219.

5. At the time of the taking of the guilty plea and again at the time of the Defendant's sentencing, the State reserves the right to question witnesses and comment on any evidence presented upon which the Court may rely to determine the sentence to be imposed; to present testimony or statements from the victim(s) or victim representative(s), and the State of Indiana and the Defendant agrees that the Court shall impose the following sentence:

   **The total sentence shall be 2.5 years. Defendant shall execute 1 year on community corrections home detention. The remaining 1.5 years shall be suspended and defendant shall serve 1 year on probation. Defendant shall have no contact with Joshua Stierwalt and Kevin Ostertag. All remaining terms shall be open to the Court.**

6. Defendant hereby waives the right to appeal any sentence imposed by the Court, including the right to seek appellate review of the sentence pursuant to Indiana Appellate Rule 7(B), so long as the Court sentences the defendant within the terms of this plea agreement (CM).

7. The Defendant acknowledges that the State's recommendation, or agreement to make no recommendation, is based on the Defendant's criminal history known to the Deputy Prosecutor representing the State at the time this agreement is executed and who entered into the agreement. In the event that such information is incomplete, that a further or more accurate criminal history is discovered prior to the entry of judgment or the Defendant is

RECEIVED
Mail Room

STATE OF INDIANA  
MARION COUNTY, ss:

IN THE MARION SUPERIOR  
CRIMINAL COURT 3  
CRIMINAL DIVISION, ROOM W242

STATE OF INDIANA )
)
vs. )
)
)

ALASTAIR DOMINIC MOTON  
B/Male DOB 3/11/1986

Cause No: 49G03-1506-F5-020219

**INFORMATION**  
COUNT I  
**ROBBERY**  
I.C. 35-42-5-1(1)  
A LEVEL 5 FELONY

COUNT II  
INTIMIDATION  
I.C. 35-45-2-1(a)(1)  
A LEVEL 6 FELONY

COUNT III  
THEFT  
I.C. 35-43-4-2(a)  
A CLASS A MISDEMEANOR

On this date, the undersigned came before the Prosecuting Attorney of the Nineteenth Judicial Circuit and, being duly sworn (or having affirmed), stated that in Marion County, Indiana

COUNT I

On or about June 9, 2015, Alastair Dominic Moton did knowingly take property, that is, one or more food items and/or cigarettes, from the person or the presence of another person, that is, Joshua Stierwalt, by using force or by threatening the use of force, that is, threatening to kill and/or batter Joshua Stierwalt after Joshua Stierwalt confronted Alastair Dominic Moton about not paying for said food items and/or cigarettes;

COUNT II

On or about June 9, 2015, Alastair Dominic Moton did communicate a threat to commit a forcible felony, that is, to kill Joshua Stierwalt, with the intent that said Joshua Stierwalt engage in conduct against the will of said other person, that is, that Joshua Stierwalt not call police to stop Alastair Dominic Moton from stealing food items and/or cigarettes;

Mail Room
OCT 2 4 2016
Angela
S. District

**STATE OF INDIANA**
**MARION COUNTY, ss:**

**IN THE MARION SUPERIOR**
**CRIMINAL COURT 3**
**CRIMINAL DIVISION, ROOM W242**

**STATE OF INDIANA**          )

                             )

     vs.                      )

                             )

                             )

**ALASTAIR DOMINIC MOTON**
**B/Male DOB 3/11/1986**

**Cause No:  49G03-1506-F5-020219**

**INFORMATION**
**PART II OF COUNT 3**
**THEFT**
**LEVEL 6 FELONY**
**I.C. 35-43-4-2(a)(1)(C)**

The undersigned affiant does hereby swear or affirm under the penalties of perjury that in Marion County, Indiana:

ALASTAIR DOMINIC MOTON, on or about June 9, 2013, had a prior conviction under this section, or for criminal conversion and/or theft under I.C. 35-43-4-3, that is:  on or about September 29, 2014, in Clinton County, Indiana under cause number 12D01-1408-F6-000650;

All of which is contrary to the laws of the State of Indiana.

Affiant

June 11, 2015
Date

**TERRY R. CURRY**
Marion County Prosecutor
19th Judicial Circuit

State's Witnesses:
Clinton County Clerk
Keeper of Records, IMPD
Fingerprint Examiner, IMPD

Deputy Prosecuting Attorney

# FILED

JUN 1 1 2015    (50)

*Myla a. Eldridge*
CLERK OF THE MARION CIRCUIT COURT

# AFFIDAVIT
# FOR PROBABLE CAUSE

## INDIANA, COUNTY OF MARION, SS:

Stauffer swears (affirms) that:

On June 9, 2015, at approximately 1:11 AM, Officer Tara Asher, Officer Huddleston, and Officer Romeril with IMPD responded to the Kroger at 5173 West Washington Street concerning a male who was threatening employees. The suspect was described as a black male wearing a green hat, tan shirt, and gray pants.

Upon arrival, Officer Huddleston located a male matching the suspect description just West of the Kroger behind the Burger King. The male was later identified as Alastair Moton. Alastair Moton had a can of Pringles, Gatorade, gummies, deli sandwich, and Kool King Cigarettes in his hands with no grocery bag. Officer Huddleston stopped Alastair Moton and asked if he had just came from the Kroger. Alastair Moton stated that he had just left the Kroger and the male inside the store was threatening him. Officer Huddleston asked if he paid for the items in his hands. Alastair Moton stated that he did not pay for the items because he had been threatened. Officer Huddleston asked him why he didn't leave the items in the store, leave the store, and call the police. Alastair Moton stated that he wasn't thinking clearly.

Officer Romeril took the items back to the Kroger. Officer Romeril spoke with Joshua Stierwalt who stated that he was an employee at Kroger. Joshua Stierwalt stated that an unknown male walked past the U-Scan. Joshua Stierwalt told the male that he needed to pay for the items or put the items back or else Joshua Stierwalt would call the police. The male told Joshua Stierwalt "Do you want to fuck around and lose your life?" Kevin Ostertag, a manager at the Kroger, stated he heard the verbal threat. Kevin Ostertag and Joshua Stierwalt attempted to keep the male in the store until police arrived by talking to him. The male advised that he was a Russian spy. The male then grabbed up all of his items and walked past the last point of sale. When the items were recovered, they were totaled up to a value of $15.24. *theft or felony theft*

Alastair Moton had a prior conviction for Theft under cause number 12D01-1408-F6-000650 out of Clinton County on 8/11/2014. *theft or felony theft*

*11///* Alastair Moton was placed under arrest for the Theft with a prior conviction. Officer Marshall walked up to Officer Asher while Alastair Moton as being placed in the Sherriff's Wagon to be transported to the APC. Officer Marhsall told Officer Asher that Alastair Moton had threatened the employees as he took the items. Alastair Moton must have over heard what Officer Marshall had said because Alastair Moton stated that he only made the threat after he was threatened. Officer Asher was wearing a body camera and was able to record Alastair Moton stating that he had threatened the employees. *Self incrimination*

*rico cruel and unusual punishment*

*[left margin handwritten:] false arrest no robbing no threatening rico*

*[right margin handwritten:] no weapon no mark no harm no threath*

# FILED

JUN 1 1 2015   (50)

*Myla A. Eldridge*
CLERK OF THE MARION CIRCUIT COURT

All of the above events occurred in Indianapolis, Marion County, Indiana.

I swear (affirm) under the penalties for perjury that the foregoing facts are true to the best of my knowledge and belief.

Detective Scott Stauffer

SUBSCRIBED AND SWORN BEFORE ME THIS ____ DAY OF _____, 2015

DEPUTY PROSECUTING ATTORNEY
NINETEENTH JUDICIAL CIRCUIT

JUDGE, MARION COUNTY
SUPERIOR COURT

6-11-2015

COUNT III

On or about June 9, 2015, Alastair Dominic Moton did knowingly or intentionally exert unauthorized control over the property of Kroger, that is, one or more food items and/or cigarettes, with the intent to deprive Kroger of any part of the use or value of the property;

all of which is contrary to statute and against the peace and dignity of the State of Indiana.

I swear or affirm under penalty of perjury as specified by I.C. 35-44-2-1 that the foregoing representations are true.

_____
Affiant

June 11, 2015
Date

**TERRY R. CURRY**
Marion County Prosecutor
19th Judicial Circuit

_____
Deputy Prosecuting Attorney

State's Witnesses:
S. Stauffer 21235 IMPD
t. Asher 32351 IMPD
T. Huddleston H7855 IMPD
S. Romeril R5733 IMPD
V. Marshall 30790 IMPD
Joshua Stierwalt
Kevin Ostertag

**FILED**

JUN 1 1 2015   (50)

Myra A. Eldridge
CLERK OF THE MARION CIRCUIT COURT

**FILED**

SEP 22 2016  (50)

*Myla A. Eldridge*
CLERK OF THE MARION CIRCUIT COURT

POST CONVICTION 49623-1603-HC-ccc7236
relief

dear judge Krow

I have all my material facts together and evidence and was wondering if I or you could start the case earlier than november 15 but im ~~try~~ send you a few copies of all my evidence that shows you Im not a robber and here are the charges they arrested me for and all my facts with the case and the body camera paperwork its been 5 weeks or more no body camera and this is either a Level 6 theft or misdeamenor theft I would like for you to lower it to a misdeamor considering I have done more time for the level 6 and theft and still on probation agent

Alantan Moten

1033 east washington st
46202 Indianapolis Indiana

post conviction relief paper work to next court date Nom 11-16-16 first court date was 8-16-16

jurisprudence

level 6 theft and misdeamenor theft
time for charge and time done for charge
and probation time and done on probation

Level 6 - 6 - 2½ years = June 9, 2015 start of jail time

june 9-30 - July -31 - august -31- september-30 - october-31 november 19
June 9, 2015 to november 19, 2015 days in marion county jail for level 6 or theft
charge signed plea deal july 28, 2015 for Level 5 robbery and to drop Level
6 theft - Level 6 intimidation - and misdeamenor theft and get 2½ years
the max for the Level 6 theft and a year and half past theft charge was
1 year community corrections 1 year probation and a half year suspended or 1½ suspended
november 19, 2015 I went to DOC and arrived at RDC for my 112 days in DOC
I got sentenced to DOC on November 13, 2015 but arrived their on november 19, 2015
november 19-30 - december -31 - January -31 febuary -29 march -8 my
release date was march 8, 2015 for the robbery charge I was on probation
for a prior misdeamenor theft my first one and only theft until june 17, 2015
so I had to go to frank fort Indiana clinton county for a violation for 60 days
In county so 120 do 60 days In county so March 8, 2015 to may 7, 2015 I was in
clinton county jail I was released on may 7, 2015 I started probation
may 9, 2015 for the Level 5 robbery charge 12 months of probation

RECEIVED
OCT 2 4 2016
Clerk, U.S. District and
Bankruptcy Courts

June 9-30 = 21 - july -31 = 31 - august -31 = 31 - september -30 = 30 - october -19 =
november -19 = 19 marion county jail time for Level 5 robbery
21 + 31 + 31 + 30 + 31 + 19 = 163 days straight on community corrections and all in county jail
acept for 6 or 7 days on monitor bracelet 1 year community corrections for Level
5 robbery so 9 months or 75% of time june 9, 2015 until march 8, 2016 is 75% of time
for 1 year community corrections for Level 5 robbery Level 6 theft would be 50%
of time for 1 year community corrections so june 9, 2015 until november 19, 2015
is 163 days straight in jail or community corrections for Level 6 theft or misdeamenor
theft is 2 for 1 time = 163 days spent straight 2 for 1 would be 326 days 50%
of time for Level 6 or misdeamenor - misdeamenor theft time 0-365 or 1 year and
2 for 1 if done in county Jail or jail so june 9, 2015 until november 19, 2015
marion county jail or community corrections is = 163 on community corrections = 2 for 1
50% time if served for theft charge so 326 days = 47 weeks is 329 days
november 19, 2015 until march 8, 2016 in depart ment of corrections 75% time for
Level 5 and 50% time for Level 6 or misdeamenor theft november 19, 2015 -30 december
31 - January -31 - february -29 - march -8, 2015 = 11 + 31 + 31 + 29 + 8 = 110 days
Depart ment of corrections 2 for 1 = 220 days so about 32 weeks is 224 days

March 8, 2016 until may 7, 2016 is 60 days in clintin county jail so 17 weeks one day and may 7-9 until september 28, 2016 = may 7-31=24- june-30=30-july-31=31-august-31=31- September-28=28=141 days on probation may 7,2016 when I was released from clinton county until september 28=144 days on probation 20 weeks and 4 days

Level 5 robbery sentence 2½ years total sentence 1year community corrections and 1year probation and it says 1.5 years shall be suspended

Level 5 community correction time 75% on 1year sentence is june 9, 2015 until march 8, 2016 is equal = 273 days straight on community corrections

misdemeanor

violation of probation time march 9, 2016 until may 7, 2016 is 50% of time if served in jail = 60 days spent in county 2 for 1 = 120

Level 6 theft community correction time 50% and misdemeanor theft time 50% if served june 9, 2015 to november 24, 2015 = 168 days spent on community correction or in jail, doc = 24 weeks the 25th to december 6 = 12 days so 180 days in jail or doc between november 25 to december 6 I should of been done with the community correction time for the Level 6 or misdemeanor that would be 168 to 180 days spent on community correction for the Level 5 robbery charge that is either a level 6 or theft charge So december 6, 2015 until february 4, 2016 I should of been doing my violation time in clinton county jail which was 120 do 60 days in county jail So from february 4, 2016 when my probation should of or when I should of been released to probation febuary 4, 2016 until February 4, 2016 until may 7, 2016 93 extra days on lock down for Level 6 or misdemeanor theft charge = 2 for 1 = 186 = 26weeks and 4 days May 7, 2016 until september 28 = 144 days on probation 93 days extra on lock down 2 for 1 = 186 + 144 days on probation = 330 days on probation sentence of 1year 12 months

Level 6 or theft = Level 6 1year community correction is 180 days straight or 168 to 180 is 6 months theft 168 to 180 is 6 months so in on to 6 and half theft charge 0 - 365 6 months straight lock down time served case over with any time extra lost time so 93 extra days spent in jail doc for misdemeanor theft = 93 = 2 for 1 = 186 = 26 weeks 4 days extra on lock down

Level 6 community correction 50% time served
misdemeanor theft time served

June 9, 2015 until november 24, 2015 = 168 days
november 25, 2015 until december 6, 2015 = 12 days
June 9, 2015 to december 6, 2015 = 180 days
community correction 1year sentence and for Level 6 time served and misdemeanor

misdemeanor theft june 9, 2015 to december 6, 2015 time served 180 days on Lock down

1 year do six months   Level 6 community correct and misdeanor theft
june 9, 2015 to december 6, 2015 = 180 days time served

february 4, 2016 to may 7, 2016 93 extra days spent on lock down
so 2 for 1 = 186 = 168 = 24 weeks 180 = 25 weeks and 5 days 186 = 26 weeks
4 days Add 93 days 2 for 1 on Level 6 or misdemeanor = 186 = 26
weeks 4 days extra exact time 186 days = 26 weeks 4 days
or 6 months 18 days extra
may 7, 2016 to September 28, 2016 = 144 days on probation exact
time 20 weeks 5 days = 5 months 5 days

Level 6 time served for 2½ years 1 year community correction
1 2 do 6 months 1 year probation total 18 months to do or 24
months to do If jail time isn't 2 for 1 but Level 6 or lower is 50%
on jail time So as of now the 93 extra days in lock down is
2 for 1 so 186 days off of 1 year probation equal 179 days
on probation left may 7, 2016 until november 2 is 179
days equal = 365 days on probation or the 18 months or
24 months for the charge so as of september 28, 2016
1 m at 330 days = 47 weeks 1 day 336 days is 48 weeks
47 weeks is 11 months 3 weeks 336 days is 48 weeks
30 more days will equal 360 days october 28, 2016 is 360
days november 2, 2016 is 365 days  october 4, 2016 is
336 days 48 weeks or 12 months ass of today September 28, 2016
1 m at 11 months 3 weeks october 4, 2016 is 336 days 48 weeks
or 12 months october 4, 2016 to november 2, 2016 is 48 weeks
to 52 weeks november 2, 2016 to may 9, 2017 is 6 months extra
probation time october 4, 2016 is 336 days

august 16, 2016 to September 28 is 6 weeks with no body camera
video recording



**INDIANAPOLIS**
------- MAYOR JOE HOGSETT -------
★
EST. 1821

August 23, 2016

Mr. Alastair Moton
1033 East Washington Street
Indianapolis, IN 46202


Re:   Request for Access to Public Records/#MD16-18


Dear Mr. Moton:

I am writing to confirm receipt of your recently submitted request for public records which was received by the Indianapolis Metropolitan Police Department ("IMPD") on August 16, 2016.

IMPD has initiated a search of its public records to identify and collect those records, if any, that are responsive to your request. Upon completion of that task, any records found will be inspected to determine whether they contain any material that by statute shall or may be withheld from public inspection and copying. You will be notified when this has been completed. Should you have any questions, please feel free to contact me.

Sincerely,

Melissa L. Coxey
IMPD Counsel

★
**THE CITY OF**
**INDIANAPOLIS**

Office of Corporation Counsel
200 E. Washington Street, Room 1601
Indianapolis, IN 46204
Phone: 317.327.4055
www.indy.gov

CONSOLIDATED CITY OF INDIANAPOLIS AND MARION COUNTY
PUBLIC RECORDS REQUEST FORM

*This form may be used when making public records requests to agencies of City and County Government—the request should be submitted directly to the agency that maintains the public records.*

Date of Request: 8/16/16

To: /MPD

(Agency/Department)

From: Alastair D. Morton

(Please print name)

Address: E100

500 E. WASHINGTON ST

Address: 1033 E. Washington St

46202

Date Received by Agency: _____

Phone: 317 741 1230

E-mail: _____

*Requested Public Records: Note: the Indiana Access to Public Records Act, IC 5-14-3-1, et. seq., requires a request for access to public records to be made with "reasonable particularity," which means enough detail to describe the records sought and locate any public records responsive to the request. The agency may contact you if more information is needed in order to respond to your request.*

A copying fee of $0.04 per page is the standard copying fee for each page copied unless under ordinance or state statute a different copying fee is proscribed. If you wish to have copies mailed to you, the agency may seek additional reimbursement for extraordinary mailing costs.

If you have questions about making a public records request or questions about a particular request made to a city or county agency, you may contact the City Public Access Counselor at pac@indy.gov

To Indianapolis metropolitan police department From Alastair Moton I would like to request a body camera that officer Tara asher said she had me on gune 9, 2015 about or around 1 am or a lrl later after 1 am I need the body camera for the lawsuit Im in with the body camera and for the post conviction relief court date

Alastair Moton
1033 east washington
strret 46202
317-741-0963

| CAD | LOCATION | BEAT | CODE | DESCRIPTION | ON SCENE | DISPATCHED | CLOSED | PRIMARY | DISPOSITION |
|---|---|---|---|---|---|---|---|---|---|
| 162642627 | 1640 E WASHINGTON ST | NE20 | PERSIN | SUSP | 09/20/2016 6:25:19 PM | 09/20/2016 6:22:21 PM | 09/20/2016 6:46:50 PM | B215 | NRPT |

**1 CAD Runs Found**

Indianapolis Metropolitan Police Dept.

certified to be true

FILED
DISTRICT
...POLIS L...
16 OCT 27 AM 11: 32
SOUTHERN DISTRICT
OF INDIANA
...DA A. BRIGGS

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
Indianapolis _____ DIVISION

businessman sole priovtior

Alastair Dominic Moton,

_____

_____

Plaintiff(s),

vs.

delective scott stauffer, officer
tara anher, officer marshall,
officer rosmont, officer huddleston

Defendant(s).

Cause No. 1:16-cv-00349-SEB

rule 41 dismissal of action
- voluntary dismissal
- motion to dismiss- definition,
  examples, cases, processes
- Sua Sponte dismissal a voluntary
  dismissal, based on the courts own
  motion the court may enter a sua
  sponte dismissal of certain aspects
  of case, or of the case entirety

---

## MOTION FOR Summary judgement Of ~~█████~~ 220,000,000

---

I, Alastair Dominic Moton _____, plaintiff/defendant (circle one) in the

above-captioned matter, request:

- definition of motion to
  dismiss means asking the
  court to throw out part of
  the case or the case in
  its entirety
- motion to dismiss

☐    an extension of time to file a _____

_____.

I request _____ extra days.



RECEIVED
Mail Room

DEC  6 2█

their conviction of theft level 6 felony on case 1:16-cv-00349-SEB

this is my 4th false arrest - falsely charge - falsely accused - incident in Indiana the first one was on 7-4-14 in Lafayette, Indiana the Lafayette police arrested me for trespassing and possession of misdemeanor weed the county-city dropped the charges after I got out of jail - the second 7-16-14 a west Lafayette police officer arrested me for trespassing at a mcdonalds I used to work at in west Lafayette Indiana the county dropped the charges and released me from jail - the third one was on 2-18-15

[X] other (describe): in Lafayette Indiana once again I was arrested for trespassing at a village pantry in Lafayette Indiana and used work at burger king came off then and paid the bond to get out of jail and once again the county dropped the charges - 4th one was on 6-9-15 in Indianapolis marion county I was arrested for a misdemeanor theft with a prior conviction and later charged with a level 5 robbery cause of officer self incriminating me on my paperwork she said she had me on body camera omitting to me threatening a cashier at the 5173 west washington at burgers after one of officer dumped some hazardous chemicals in my food been waiting on body camera since 8-16-16 like 10 weeks way over due, I filed on the three other falsely charge falsely accused false arrest charges in the northern district of Indiana I just didn't put the officer names down so I have to refile them over and didn't fill out the forms paper work right either - I also did 93 extra days on community correction on the 1:16-cv-00349-SEB case for my level 6 theft instead of me doing 6 months I did 9 months and still have the 12 month probation the level 6 theft case started 6-9-15 to 3-17-16 I was on community correction 3-17-16 to 5-7-16 I did violation time in clinton county

Date: 10-24-16                    Signed: Alantain Dominic Moton

for a violation of misdemeanor probation for the first theft charge I committed I also have 8 victim reports in tippecanoe county lafayette indiana I have had a few more run in with the IMPD since this case been ongoing 7-20-16 I reported an invasion of privacy I was on the toilet in the 1640 E Washington St Speedway an on IMPD officer unlocked the door and walked in on me while I was in the toilet when I told him I was in their 9-30-16 I got trespassed or falsely accused of harassing a subway worker 10-6-16 I reported an IMPD officer for hitting me in the head when I was sleep on a bench then told me to leave the area or I was going to jail on the corner of shelby and raymond 10-15-16 an IMPD officer came to the speedway on the corner of south kentucky ave and raid the cashier

**Movant**

**Address and Telephone Number:**
1033 E Washington St 46202

_____

_____

_____

## CERTIFICATE OF SERVICE
raid I stole a refill and made me leave the property - 10-17-16 another IMPD officer falsely accused me of trespassing on someone property I know 2 people at

I certify that a copy of this Motion for _____
has been mailed, postage prepaid, upon (insert address in space provided):

I did 93 extra days in prison on this case and I still have 6 month extra probation for the level 6 theft that I got charge with a robbery I started probation on 5-9-16 to 11-9-16 in 6 months and the 2 for 1 on lockdown 9 months straight 18 months = 24 months

Date: 10-24-16                    Signed: Alantain Dominic Moton

**Movant**

**NOTE: You must complete this section, as well as mail copies of this document to each party.**

Sole proprietorship of
Drug Blok Money Unit Kings_____,

Alastair Dominic Moton

_____,

_____,

Plaintiff(s),

Cause No. 1:16-CV-00349-SEB

vs.

Scott Stauffer, tava asher, officer
Marshall, officer romeril, officer
huddleston_____,

_____,

_____,

Defendant(s).

MOTION FOR _Sue Sponte dismissal for_ ~~320,000,000~~ ~~████████~~

I, _Alastair Dominic Moton_____, plaintiff/defendant (circle one) in the

above-captioned matter, request:

☐    an extension of time to file a _____

_____.

I request _____ extra days.

I have filed a few summary judgements in this case and have material facts that this is not a robbery more like a level 6 theft came of the prior conviction of theft under 50 dollars or 150 dollars with no

☒ other (describe): weapons, mask, threatening, robbing and a public records request made on 8-16-16 requesting the body camera from 6-9-15 that on my affidavit for probable cause paperwork stating that officer tara archer says she has me on body camera admitting to me threatening the 2 kroger employees that the public records request only should take 2-4 weeks to come up with the evidence it was pass or over due the body camera and I gave andrew upchurch the officers attorney a copy of a summary judgement and my material facts with this case weeks ago with the public records

Date: 11-4-16

Signed: Alantais Dominic Whatley

request form and my affidavit for probable cause paperwork says officer tara archer says she has me on body camera admitting to me threatening the 2 kroger employees and this is the 4th false accusation, false arrest, or false charge or falsely accused incident in indiana the dates are 7-4-14, 7-23-14, 2-15-15 6-9-15 and I have even worse emotional distress and mental anguish due to this incident and have

Movant

Address and Telephone Number:

1033 E Washington St 46202

_____

_____

**CERTIFICATE OF SERVICE**

I certify that a copy of this Motion for _____
has been mailed, postage prepaid, upon (insert address in space provided):

to see my or a mental therapist for depression, bypolar on 11-21-16 due to the false charges or incidents I have been having in Indiana and I did 53 extra days in prison for level 6 theft and have 6 extra months of probation left and go back to post conviction relief court on 11-16-16 for the robbery charge I also have 8 victim reports made with the police in Indiana.

Date: 11-41-16

Signed: Alantais Dominic Whatley

Movant

**NOTE: You must complete this section, as well as mail copies of this document to each party.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### Indianapolis _____ DIVISION

Sole proprietorship of Drug Blokk
Money Unit Kings-Agent
Alastair Dominic Moton _____,

_____,

_____,

Plaintiff(s),

Cause No. 1:16-CV-02603-JMS-DML

vs.

Krogers grocery Store, in its
Individual capacity and official
capacity as Krogers corporation and city of indianapolis
_____,
Joshua Stierwalt, Kevin Ostertag
Kelsey Lenox, in her individual,
capacity and official capacity as
marion county superior court criminal
division room 3 prosecutor _____,
and marion county

Defendant(s).

---

## MOTION FOR _Summary judgement of 600,000,000_

---

I, _Alastair Dominic Moton_ _____, plaintiff/defendant (circle one) in the

above-captioned matter, request:

☐  an extension of time to file a _____

_____ .

I request _____ extra days.

due to all my material facts in this case and my research and how I have spent proving the robbery in a false arrest, false accusations, falsely accused, falsely charge and the public records request I made on 8-16-16 requesting the

☒ other (describe): __body camera on my paperwork that officer tara asher says she has me on and they said it should take 2-4 weeks to come up with admitting to me threatening the 2 kroger employees it has been over 11 weeks in my 1:16-cv-00349-SEB case with no body camera and a settlement date motion by 12-15-16 and this in my 4th false arrest, false charge falsely accused, false accusations incident in indiana with law enforcement and went to jail on all of them and did 93 extra days in prison and have 6 extra months on probation for this case the other 3 dates of the false accusation, false arrest, false accused incidents are 5-4-14, 7-23-14 2-15-15 emotional distress, mental anguish__

Date: 11-4-16                  Signed: Alantain Dominic Moten

I also have made 8 victim reports with law enforcement agencies in Indiana and I didn't have any weapons, no mask, or take any money or threaten anyone, and I have to see my dr a mental therapist on 11-21-16 for depression, bypolar and the IMPd officers on my paperwork I filed a claim on in federal court and my case in 1:16-cv-00349-SEB that they picked me up for a theft with a prior conviction

Movant

Address and Telephone Number:

1033 E Washington St 46202

_____

_____

_____

## CERTIFICATE OF SERVICE

I certify that a copy of this Motion for _____
has been mailed, postage prepaid, upon (insert address in space provided):

Date: 11-4-16                  Signed: Alantain Dominic Moten

Movant

**NOTE: You must complete this section, as well as mail copies of this document to each party.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
Indianapolis _____ DIVISION

Sole proprietorship of Drug
Blok Money Unit Kings - agent
Alastair Dominic Muton

_____,

_____,

Plaintiff(s),

Cause No. 1:16-cv-02603-JMS-DML

vs. Krogers grocery store, in its
Individual capacity and official
capacity as Krogers corporation
and city of Indianapolis

Joshua Stierwalt, Kevin Osterfas
Kelsey Lenox, in her individual
capacity and official capacity as
marion county superior court criminal
division room 3 prosecutor,
and marion county

Defendant(s).



---

## MOTION FOR Sua Sponte dismissal for 600,000,000

---

I, Alastair Dominic Muton _____, plaintiff/defendant **(circle one)** in the

above-captioned matter, request:

☐ an extension of time to file a _____

_____.

I request _____ extra days.

due to my material facts in this case proving this isn't a robbery it's more like a level 6 theft cause I have a prior conviction for theft and says in some of my paperwork the 5 IMPD officers picked me up for a theft with a prior conviction and I didn't have any weapons, no mark,

☒ other (describe): or take any money, or threatened the 2 Kroger employees and I made a public records request on 8-16-16 in my 1:16-cv-00349-SEB case for the body camera that officer Tara and her says she has me on it's been over 11 weeks in that case no body camera yet it only takes 2-4 weeks to come up with and this is my 4th falsely charge, false accusations, false arrest, falsely accused, incident with law enforcement in Indiana and went to jail on all 4 incidents and did 43 extra days on this case in prison and have 6 extra months of probation left and the other dates of my false accusation, false arrest, falsely accused are 7-4-14, 7-23-14, 2-15-15, and have to see my mental therapist on 11-21-16 for depression, bipolar

Date: 11-4-16      Signed: Alantain Dominic Moten

Movant

Address and Telephone Number:

1033 E Washington St 46202

_____

_____

_____

## CERTIFICATE OF SERVICE

    I certify that a copy of this Motion for _____
has been mailed, postage prepaid, upon (insert address in space provided):

Date: 11-4-16      Signed: Alantain Dominic Moten

Movant

**NOTE: You must complete this section, as well as mail copies of this document to each party.**