UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Alastair Dominic Moton,

    Plaintiff,

    v.

Operator Ten,

    Defendant.

Case: 1:17-cv-00016
Assigned To : Unassigned
Assign. Date : 1/4/2017
Description: Pro Se Gen. Civil (F Deck)

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff purports to sue "Operator ten for the Department of Justice," Compl. Caption, for, among other alleged wrongs, "false arrest" and "discrimination." Compl. at 1. The handwritten statements comprising the prolix complaint are incomprehensible and thus fail to provide any notice of a claim and a basis for federal court jurisdiction. A separate Order of dismissal accompanies this Memorandum Opinion.

Date: January 3rd, 2017

/s/ Beryl A. Howell
United States District Judge